# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00399-DME

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-16,

    Defendants.

_____/

## NOTICE OF SIMILAR CASES

PLAINTIFF GIVES NOTICE this is a BitTorrent copyright infringement case similar to the ones filed by undersigned counsel in the following matters:

1. K-Beech, Inc. v. John Doe, Case No. 1:11-cv-02370-CMA-MJW;

2. K-Beech, Inc. v. John Doe, Case No. 1:11-cv-02371-CMA-MJW;

3. K-Beech, Inc. v. John Doe, Case No. 1:11-cv-02372-CMA-MJW (closed 01/09/12);

4. Patrick Collins, Inc. v. John Doe, Case No. 1:11-cv-02701-CMA-MJW (closed 01/25/12);

5. Patrick Collins, Inc. v. Hansen, Case No. 1:11-cv-02702-WYD-MEH (closed 02/01/12);

6. Patrick Collins, Inc. v. John Doe, Case No. 1:11-cv-02703-REB-CBS (closed 01/10/12);

7. Patrick Collins, Inc. v. John Doe, Case No. 1:11-cv-02704-REB-CBS (closed 02/14/12);

8. Malibu Media, LLC v. John Does 1-29, Case No. 1:12-cv-00397-WJM;

9. Malibu Media, LLC v. John Does 1-30, Case No. 1:12-cv-00402-WYD;

10. Patrick Collins, Inc. v. John Does 1-11, Case No. 1:12-cv-00404-PAB-MJW;

11. Malibu Media, LLC v. John Does 1-10, Case No. 1:12-cv-00405-MSK;

12. Malibu Media, LLC v. John Does 1-27, 1:12-cv-00406-REB-KMT;

13. Malibu Media, LLC v. John Does 1-18, Case No. 1:12-cv-00407-CMA;

14. Malibu Media, LLC v. John Does 1-15, Case No. 1:12-cv-00408-PAB-KMT;

15. Malibu Media, LLC v. John Does 1-27, Case No. 1:12-cv-00409-REB-MEH.

Dated: February 17, 2012

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*