IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action Nos.

12-cv-00399-DME-CBS
12-cv-00402-WYD-MJW
12-cv-00404-PAB-MJW
12-cv-00405-MSK-KMT
12-cv-00406-REB-KMT
12-cv-00407-CMA-KLM
12-cv-00408-PAB-KMT
12-cv-00834-DEM-KLM
12-cv-00835-REB-BNB
12-cv-00836-MSK-KMT
12-cv-00837-PAB-MJW
12-cv-00839-PAB-MJW
12-cv-00840-PAB-BNB
12-cv-00843-MSK-BNB
12-cv-00846-WYD
12-cv-00848-REB-BNB
12-cv-00849-PAB-KLM
12-cv-00886-MSK
12-cv-00887-REB-MJW

MALIBU MEDIA, LLC;
PATRICK COLLINS, INC.; and
THIRD DEGREE FILMS,

    Plaintiffs,

v.

JOHN DOES, et al.,

    Defendants.

**ORDER OF REASSIGNMENT**

Pursuant to my authority as Chief Judge under D.C.COLO.LCivR 40.1A, Magistrate Judge Michael E. Hegarty is hereby substituted as the presiding Magistrate Judge in each of the above-referenced cases.

Dated: April 6, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE