**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00399-DME-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-4, 6-9, 11 and 13-16,

    Defendants.

**ORDER**

    THIS MATTER COMES BEFORE the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice of all remaining John Does [Doc. No. 26].

    IT IS HEREBY ORDERED THAT this civil action is dismissed without prejudice, each party to pay its own costs and attorneys' fees.

    DONE AND SIGNED this   15th   day of   June  , 2012.

                                           BY THE COURT:

                                           *s/ David M. Ebel*

                                           U. S. Circuit Court Judge